UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL SPENCER, et al., | ) | Case No. 05cv1501 WMc |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| BEAVEX, INC., et al., | ) | |
| Defendants. | ) | |

### ORDER FOR DISMISSAL WITH PREJUDICE

Having read the foregoing Joint Motion to Dismiss [Doc. No. 35], and good cause appearing therefore, the Court GRANTS the Motion and dismisses the above-captioned action in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: July 11, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

05cv1501